**Order entered October 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00365-CR

**STEVEN WARE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76179-R**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the appointment of new counsel. On October 7, 2019, a supplemental clerk's record containing the trial court's appointment of counsel. We **DIRECT** the Clerk of the Court to list Lawrence Mitchell as appellant's appointed counsel.

Appellant's brief is **DUE** by November 15, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; to Lawrence Mitchell; and to the Dallas County District Attorney's Office, Appellate Division.

/s/     BILL PEDERSEN, III
          JUSTICE